UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

---

Francis Brandenburger,

Plaintiff,

-vs-

Deere & Company, Inc., and
Grant County Implement Co.,

Defendants.

CIV 00-1533 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated that the above-captioned matter is dismissed with prejudice and on the merits without costs to any party herein; and that any Judge of the above Court is hereby authorized to enter an Order for Judgment of dismissal with prejudice without costs to any party herein, and without any further notice to any party herein.

Dated this 16 day of April, 2001.

Robert J. Feigh
I.D. No. 28629
HALL & BYERS, P.A.
1010 West St. Germain
Suite 600
St. Cloud, MN 56301
(320) 252-4414
Attorneys for Plaintiff

F:\DATA\PI\28191\rf033001stp.wpd

FILED 8-7-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-7-01
Deputy Clerk's Initials

Dated this ______ day of April, 2001

Gregory M. Weyandt
I. D. No. 116324
RIDER BENNETT EGAN ARUNDEL
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951
Attorneys for Defendant Deere & Company

Dated this 3RD day of ~~April~~ MAY, 2001

Joseph M. Goldberg
I. D. No. 35750
1660 South Highway 100, Suite 102
St. Louis Park, MN 55416
(952) 540-1199
Attorneys for Defendant Grant County Implement Co.

**ORDER**

Based upon the foregoing Stipulation of Dismissal with Prejudice, it is hereby ordered that this case is dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/6/01

David S. Doty, Judge of U.S. District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500